DANIEL J. SPRAGUE, Appellant, *v.* THE BARTHOLDI HOTEL COMPANY, Respondent.

(Argued December 1, 1891; decided December 22, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made January 7, 1889, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial at Circuit.

*David Keane* for appellant.

*Nathaniel Myers* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.